# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| RALPH J. REESE, JR., et al., | : | |
| | : | CASE NO. 4:05-CV-2356 |
| Plaintiffs, | : | |
| | : | JUDGE ECONOMUS |
| v. | : | MAGISTRATE JUDGE GALLAS |
| | : | |
| BANK OF AMERICA, N.A. (U.S.A.), | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

Plaintiffs Ralph J. Reese, Jr. and Julie Reese, and defendant Bank of America, N.A. (U.S.A.) ("Bank of America") stipulate and agree that Plaintiffs' claims against Bank of America are dismissed with prejudice.  This dismissal is subject to the terms and conditions set forth in the Settlement Agreement and Release of All Claims entered into between the parties.  The parties shall bear their own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ James A. Fredericka | /s/ David A. Wallace |
| James A. Fredericka (0022130) | David A. Wallace (0031356) |
| AMBROSY AND FREDERICKA | Carpenter & Lipps LLP |
| 144 N. Park Avenue, Suite 200 | 280 Plaza, Suite 1300 |
| Warren, Ohio 44481 | 280 North High Street |
| Telephone  (330) 393-6400 | Columbus, Ohio 43215 |
| Facsimile  (330) 392-5685 | (614) 365-4100 (Telephone) |
| AF144200@aol.com | (614) 365-9145 (Facsimile) |
| | Wallace@carpenterlipps.com |
| Attorneys for Plaintiffs | |
| Ralph J. Reese, Jr. and Julie Reese | Attorney for Defendant |
| | Bank of America, N.A. (U.S.A.) |

IT IS SO ORDERED.

DATED:  ___July 6,_____, 2006.

      s/Peter C. Economus
_____
Honorable Peter C. Economus
United States District Judge

367-629: 186123

1